UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

ROCK OF AGES CORPORATION

        Plaintiff

  v.

HOUSTON CASUALTY COMPANY

        Defendant

Docket No. 5:13-cv-00091

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Rock of Ages Corporation, and defendant Houston Casualty Company hereby stipulate to the dismissal of this action in its entirety, with prejudice, no interest, costs, or attorneys' fees to any party, and all rights of appeal waived.

Dated: September 30, 2013

**HOUSTON CASUALTY COMPANY**

By its attorney,

PRIMMER, PIPER, EGGLESTON & CRAMER, P.C.

/s/ Jeffrey S. Marlin
Jeffrey S. Marlin
Primmer, Piper, Eggleston & Cramer, P.C.
100 E. State Street
Montpelier, VT 05001
(802)223-2102
jmarlin@primmer.com

**ROCK OF AGES CORPORATION**

By its attorneys,

NIXON PEABODY LLP

/s/ W. Scott O'Connell
W. Scott O'Connell (VT Bar No. 3368)
Holly J. Kilibarda (VT Bar No. 4165)
900 Elm Street
Manchester, NH 03101
Telephone: 603-628-4000
Fax: 603-628-4040
soconnell@nixonpeabody.com
hkilibarda@nixonpeabody.com

14610085.1